**UNITED STATES DISTRICT COURT**
Western District of Wisconsin
**Probation & Pretrial Office**



*Eau Claire Office*

| | | |
|---|---|---|
| **Kent D. Hanson**<br>Chief U.S. Probation Officer<br>222 W. Washington Avenue<br>Suite 340<br>Madison, WI 53703<br>FAX: (608)264-5189<br>☐ Reply to Madison | | **Branch Office**<br>500 South Barstow Street<br>Eau Claire, WI 54701<br>FAX (715)839-3886<br>☑ Reply to Eau Claire |

March 4, 2009

Mr. Terry E. Schaffner
Rock Valley Community Program
203 West Sunny Lane Road
Janesville, WI 53546

**Subject:**     <u>Letter to Judge Barbara B. Crabb dated February 12, 2009</u>

Dear Mr. Schaffner:

This letter is in response to the letter you sent to the Honorable Barbara B. Crabb dated February 12, 2009. In that letter, you requested assistance on two matters which are detailed below.

**Residential Reentry Center Placement**: You are currently residing at the Rock Valley Community Program in Janesville because it is the only facility within the Western District of Wisconsin that will house a sex offender under contract with the Bureau of Prisons (BOP). The Fahrman Center in Eau Claire will not accept anyone convicted of a sex offense. The offense you pled guilty to was use of a minor to produce a pornographic depiction, which was transported in interstate commerce in violation of 18 U.S.C. § 2251(a). Under federal and state statutes this constitutes a sex offense.

**Home Confinement**: Judge Crabb has not prohibited you from being placed on home confinement. You may be eligible for home confinement; however, that is a decision that is solely within the jurisdiction of the BOP. The BOP has not approved you for any furloughs to Baldwin, Wisconsin, because local law enforcement officials opposed your release to the community prior to the end of your sentence. On that basis, I believe it is unlikely they will approve a home confinement plan. I have confirmed that your parents' home is in foreclosure and this would be another concern for any potential home confinement plan to their residence.

If you have any other concerns about your prerelease status, please feel free to have your case manager contact me directly at 800-676-0206 (x107).

Sincerely,

Kelley M. Gustaveson
Senior U.S. Probation Officer

pc:     Honorable Barbara B. Crabb, U.S. District Judge